UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

APR 23 2026 AM11:36
FILED-USDC-CT-HARTFORD

JENNIFER DOUYARD, Individually,

Plaintiff,

v.

REGION 10 BOARD OF EDUCATION,

Defendant.


**COMPLAINT**


## I. INTRODUCTION

1. This action arises from Defendant's failure to act in response to concerns affecting the safety and rights of her child, a student with significant disabilities placed under its authority, following Plaintiff's advocacy on the child's behalf.

2. Following Plaintiff's advocacy, Defendant failed to intervene, failed to take corrective action, and allowed conditions to continue that undermined Plaintiff's ability to advocate and resulted in a breakdown in trust and the removal of the student from the placement after approximately ten years in the program.


## II. JURISDICTION AND VENUE

3. This action arises under federal law.

4. This Court has jurisdiction under 28 U.S.C. § 1331.

5. Venue is proper in this District.


## III. PARTIES

6. Plaintiff is the parent of a student with significant disabilities and has engaged in advocacy regarding the student's safety and rights.

1

7. Defendant, Region 10 Board of Education, is responsible for oversight of out-of-district placements and receives federal financial assistance.

## IV. FACTUAL ALLEGATIONS

8. On March 10, 2023, a serious incident occurred at the private program in which the student was placed by Defendant.

9. Following that incident, Plaintiff engaged in advocacy, including raising concerns regarding safety, questioning reporting, and requesting compliance with applicable requirements.

10. Defendant did not become aware of the incident until on or about April 4, 2023. After learning of the incident, Defendant requested documentation from Plaintiff, which Plaintiff provided, including images of the March 10, 2023 incident as well as information regarding a prior serious injury.

11. After reviewing the information provided by Plaintiff, Defendant contacted the private program's administration and state officials regarding the incident.

12. As a result of those communications, Defendant was advised by state officials that the matter would need to be addressed through a formal complaint process.

13. After receiving that guidance, Defendant did not take further steps to ensure appropriate reporting, investigation, or corrective action.

14. Defendant was aware of Plaintiff's advocacy and the concerns raised.

15. Despite this knowledge, Defendant did not ensure that appropriate reporting occurred or that corrective action was taken.

16. After becoming aware of these concerns, Defendant allowed the student to remain in the placement without ensuring a proper investigation or corrective action.

17. During this period, additional serious incidents occurred, including the incident on or about April 27, 2023, as well as other incidents.

18. During this period, Defendant was aware of actions taken in response to Plaintiff's advocacy that undermined Plaintiff and interfered with her ability to advocate for the student, including concerns raised by Plaintiff that such actions were retaliatory.

19. Defendant did not intervene, investigate those concerns, or take steps to address or correct those actions.

20. During this period, Defendant maintained communications with the private program regarding Plaintiff and the incidents at issue, during which information about Plaintiff was conveyed that was inaccurate, misleading, or incomplete.

2

21. Defendant did not verify that information with Plaintiff or take steps to ensure its accuracy before relying on or accepting it.

22. Defendant's conduct caused Plaintiff to reasonably fear for the student's safety and well-being.

23. Defendant's conduct began following Plaintiff's advocacy after the March 10, 2023 incident, continued through the April 27, 2023 incident, and persisted thereafter as part of an ongoing failure to act, culminating in a breakdown in trust and Plaintiff's decision to remove the student from the placement after approximately ten years due to safety concerns, after which the student remained without a placement for a period of months.

24. Plaintiff subsequently pursued a formal complaint process with the State of Connecticut regarding these events, of which Defendant was aware, and during which Plaintiff continued to raise concerns consistent with those described herein.

25. Throughout the complaint process, Defendant did not take steps to assist Plaintiff and did not address concerns raised by Plaintiff regarding errors, inconsistencies, and the timeliness of that process, including after Plaintiff notified Defendant on multiple occasions of those concerns. Plaintiff kept Defendant informed throughout both complaint processes and copied Defendant on communications with state officials.

26. When Plaintiff inquired whether Defendant's counsel could assist her, Defendant advised that both entities were represented by the same counsel and did not provide or suggest alternative counsel.

## V. COUNT I - DELIBERATE INDIFFERENCE (42 U.S.C. § 1983)

27. Plaintiff incorporates the preceding paragraphs.

28. Defendant had knowledge of serious concerns affecting the student.

29. Defendant had authority and responsibility to act.

30. Defendant failed to take meaningful action.

31. Defendant's conduct was intentional or demonstrated deliberate indifference.

## VI. DAMAGES

32. As a direct and proximate result of Defendant's conduct, Plaintiff has suffered harm.

33. The full extent of Plaintiff's damages will be established through discovery.

## VII. TIMELINESS

34. The conduct described constitutes a continuing course of action beginning on March 10, 2023, including the April 27, 2023 incident, and continuing thereafter.

35. Plaintiff brings this action within the applicable statute of limitations.

## VIII. RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests that this Court award compensatory damages, attorney's fees and costs, and such other relief as the Court deems proper.

## IX. JURY DEMAND

Plaintiff demands a trial by jury.

**SIGNATURE**

Jennifer Douyard

392 Milford Street

Burlington, CT 06013

860-378-9542

Jenniferd111@yahoo.com

Plaintiff, Pro Se

4